1  JOSHUA E. KIRSCH (179110)
   KARA K. SZKOTAK (286927)
2  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
3  San Francisco, California 94105
   Telephone:   (415) 348-6000
4  Facsimile:   (415) 348-6001
   Email:       jkirsch@gibsonrobb.com
5               kszkotak@gibsonrobb.com

6  Attorneys for Plaintiff
   GREAT AMERICAN INSURANCE
7  COMPANY OF NEW YORK

**GRANTED**
Judge Yvonne Gonzalez Rogers
4/12/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>COSCO SHIPPING LINES CO., LTD., an entity of unknown form;<br><br>Defendant. | Case No.: 4:17-cv-05509-YGR<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: September 22, 2017 |

/ / /

/ / /

/ / /

/ / /

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned lawsuit be and hereby is dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Undersigned counsel for Plaintiff, Joshua E. Kirsch, certifies that all electronic signatures below have been duly authorized by signatory counsel per ECF Rule § 2(f)(4).

Respectfully submitted,

Dated: April 9, 2018　　　　　　　　GIBSON ROBB & LINDH LLP

/s/ JOSHUA E. KIRSCH
Joshua E. Kirsch
Kara K. Szkotak
Attorneys for Plaintiff
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK

Respectfully submitted,

Dated: April 9, 2018　　　　　　　　GORDON & REES SCULLY MANSUKHANI

/s/ JAMES A. MARISSEN
James A. Marissen
James J. Tamulski
Christopher R. Farnsworth
Attorneys for Defendant
COSCO SHIPPING LINES CO. LTD.

JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)
Case No.: 4:17-cv-05509-YGR; Our File No.: 5476.33

- 2 -